UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KONICA MINOLTA PHOTO IMAGING USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GROUP PHOTOGRAPHERS ASSOCIATION, INC., et al, <br><br> Defendant. | No. CV-06-252-FVS <br><br> ORDER OF DISMISSAL |

**PURSUANT** to the Stipulation of Dismissal entered into by the parties on October 23, 2006, Now, therefore

**IT IS HEREBY ORDERED:**

This matter is dismissed with prejudice and with no award of fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___31st___ day of October, 2006.

                                          s/ Fred Van Sickle
                                          Fred Van Sickle
                             United States District Judge

ORDER OF DISMISSAL- 1